In The United States District Court
For The District Of Idaho

Faron R Hawkins Et al
Petitioner

vs.

State of Idaho Et al
Ada County Public Defenders
Ann Costo
Kevin Rogers
Ada County Prosecuters
Andrew Ellis

Respondents

Writ of Mandamus

Case 1:06-cv-0041 MHW

Amended Petition

Respondents

Comes Now Petitioners amending those Writs of Mandamus to include the following respondents not named in the original writs, Ada County Public Defenders Office, Ann Costo, Kevin Rogers, Ada County Prosecuters Office, Andrew Ellis, shall be added to the respondents in this action. Petitioner only amends the respondents names at this time, leaving the content of the writs the same.

Dated this 20th Day of Dec 2006

Faron R Hawkins
7210 Bonnister Dr
Boise Idaho 83704

## Certificate of Service

I hereby certify that on this 20th day of Dec, 2006 I served a true and correct copy of the within and foregoing Amended Petition by United States Mail to the following:

Ada County Public Defenders Office
200 W. Front St.
Boise Id. 83702

Ann Cosho
200 W. Front St.
Boise Id 83702

Kevin Rogers
200 W. Front St.
Boise Id. 83702

Ada County Prosecuters Office
200 W. Front St.
Boise Id 83702

Andrew Ellis
200 W. Front St.
Boise Id 83702

Faron R. Hawkins
Pro Se
Petitioners et al